UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANGE CAPITAL HOLDINGS I, LLC,<br><br>          Plaintiff,<br><br>  -against-<br><br>VIGIL INDUSTRIAL PROTECTION, LLC, BUSBY INTERNATIONAL, INC., VIGIL INVESTMENT PARTNERS LLC, INSULATION CONTRACTING & SUPPLY LLC, *and* PATRICIO TAMEZ VIGIL,<br><br>          Defendants. | **ORDER**<br><br>24 Civ. 9057 (ER) |

Ramos, D.J.:

  The Court scheduled a telephonic premotion conference for June 4, 2025, at 10 a.m. at the request of Change Capital Holdings to discuss defendants' alleged failure to comply with discovery requests. Doc. 25. Defendants failed to appear. The premotion conference is rescheduled for June 25, 2025, at 2:30 p.m. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.

  Defendants are advised that failure to appear at the conference may result in adverse action, including entry of default against them.

  It is SO ORDERED.

Dated: June 4, 2025
    New York, New York

                             _____
                              Edgardo Ramos, U.S.D.J.