**StradleyRonon**

100 Park Avenue
Suite 2000
New York, NY 10017
T: 212.812.4124

Brian P. Seaman
**Partner & Chief Inclusion Officer**
**bseaman@stradley.com**
**215.564.8171**

**MEMO ENDORSED**, page 2.

July 17, 2025

**Via ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

    Re:    **Change Capital Holdings I, LLC v. Vigil Industrial Protection, LLC *et al.***
                **U.S.D.C. Case No.: 1:24-cv-09057-ER**

Dear Judge Ramos:

        This firm represents Plaintiff, Change Capital Holdings I, LLC, in the above-referenced matter. I write to request a premotion discovery conference to address Defendants' failure to provide responses to discovery propounded by Plaintiff after being ordered by the Court to do so. Plaintiff requests leave from the Court to file a motion for sanctions and default judgment against the Defendants.

        By way of background, on March 28, 2025, Plaintiff served Interrogatories and Requests for Production upon the Defendants. To date – nearly four months after service – Defendants have neither provided written responses, produced responsive documents, nor sought or received an extension of time to provide responses and documents. As a result, on May 16, 2025, Plaintiff requested a conference to address Defendants' failure to comply with discovery requests and to seek leave to file a motion to compel. [Doc. 25].

        The Court scheduled a telephonic premotion conference for June 4, 2025; however, neither Defendants nor their counsel appeared. Therefore, the Court issued an order re-scheduling the telephonic conference to June 25, 2025, and advising Defendants that "failure to appear at the conference may result in adverse action, including entry of default against them." [Doc. 27].

        At the June 25, 2025 conference, counsel for Defendants (Anthony Montoya) explained that while his clients were fully aware of the outstanding requests, they were seeking new counsel and had not attended to discovery. Your Honor granted Plaintiff's motion to compel at the conference and ordered Defendants to produce discovery on or before July 9, 2025. [Doc. 32].

        The July 9, 2025 deadline passed more than a week ago without any update from Mr. Montoya or the Defendants. They did not produce written responses or responsive documents and did not seek additional time to respond. I called Mr. Montoya's office to inquire as to the responses

Honorable Edgardo Ramos
July 17, 2025
Page 2

on July 14, 2025 and followed up with an email earlier this morning. Mr. Montoya responded that Defendants "understand the urgency of this discovery request and the need to find new counsel but as of yet he has not." It is clear from this email that these Defendants have no intention of complying with pending discovery demands or the Court's Order without further intervention.

      Accordingly, Plaintiff requests an informal conference to address these issues and to seek leave to file a motion for sanctions and for default judgment against Defendants.

                        Very truly yours,

                        Brian P. Seaman

cc:    Anthony R. Montoya, Esq. (via ECF)

---

Defendants are directed to respond by September 10, 2025. A telephonic premotion conference will be held on September 12, 2025, at 11:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 8/28/2025
New York, New York

7779520v.1