UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANGE CAPITAL HOLDINGS I, LLC,

                Plaintiff,

– *against* –

VIGIL INDUSTRIAL PROTECTION, LLC,
BUSBY INTERNATIONAL, INC., VIGIL
INVESTMENT PARTNERS LLC,
INSULATION CONTRACTING &
SUPPLY LLC, *and* PATRICIO TAMEZ
VIGIL,

                Defendants.

**ORDER**

24 Civ. 9057 (ER)

Ramos, D.J.:

      At a June 25, 2025 telephonic conference, the Court directed then-counsel for defendants Anthony Montoya to communicate to Defendants the Court's directive that, should Mr. Montoya withdraw as counsel, new counsel for Defendants must enter an appearance by no later than July 23, 2025.  *See* Doc. 32.  On July 17, Mr. Montoya filed a letter with the Court confirming that he had informed Defendants of that directive, and requesting to be permitted to withdraw as counsel.  Doc. 36.[1]  To date, no counsel has entered an appearance on Defendants' behalf, nor has defendant Mr. Tamez Vigil entered an appearance.

      Also on July 17, Change Capital filed a letter request for a pre-motion conference for a motion for default judgment and for sanctions.  Doc. 36.  On August 28, 2025, the Court scheduled a pre-motion conference for September 12 and directed Defendants to respond to Change Capital's letter by September 10, 2025.  Doc. 38.  Defendants did not submit a response.

      At the pre-motion conference held on September 12, 2025, Defendants did not appear.

---

[1] On July 18, the Court granted Mr. Montoya's request to withdraw as counsel.  Doc. 37.

*See* Min. Entry dated Sept. 12, 2025.  At that conference, the Court set a briefing schedule for Change Capital's motion for default judgment and for sanctions, as follows:  moving papers due September 19, 2025; opposition due September 26, 2025; and reply due October 3, 2025.  *See* Min. Entry dated Sept. 12, 2025.  On September 19, Change Capital filed its motion.  Doc. 39.  Defendants did not file an opposition.

Therefore, the Court deems Change Capital's motion fully briefed, and it will resolve it based on the papers filed to date.

It is SO ORDERED.

Dated:  October 9, 2025
        New York, New York

                                                    _____
                                                         EDGARDO RAMOS, U.S.D.J.