UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------

CHANGE CAPITAL HOLDINGS I, LLC,

                              Plaintiff,                    **Default Judgment**
                                                            24 Civ. 09057
              -against-

VIGIL INDUSTRIAL PROTECTION, LLC,
BUSBY INTERNATIONAL, INC., VIGIL
INVESTMENT PARTNERS LLC, INSULATION
CONTRACTING & SUPPLY LLC, and
PATRICIO TAMEZ VIGIL

                              Defendants.

-----------------------------------------------------------------------------------

Ramos, U.S.D.J.:

Upon consideration of the Motion for Sanctions and Default Judgment of Plaintiff, Change Capital Holdings I, LLC, and any responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** It is **FURTHER ORDERED** that a default judgment is entered against all defendants in the sum of $3,281,712.50.

It is SO ORDERED.

Dated: December 16, 2025                    _____
       New York, New York                   Edgardo Ramos, U.S.D.J.